Charles A. Bird, Esq., Luce Forward Hamilton & Scripps, LLP, San Diego, CA, Charles P. Maher, Esq., Luce, Forward, Hamilton & Scripps, LLP, San Francisco, CA, for Trustee–Appellee.

Before: W. FLETCHER and TALLMAN, Circuit Judges, and BERTELSMAN **, District Judge.

### MEMORANDUM ***

We are asked to decide whether the Bankruptcy Court abused its discretion in authorizing the compromise of claims in Appellant Ramin Yeganeh's Chapter 7 bankruptcy proceedings. *In re A & C Properties,* 784 F.2d 1377, 1380 (9th Cir. 1986). We have jurisdiction under 28 U.S.C. §§ 158(d) and 1291. The district court found no abuse of discretion in its thorough and well-reasoned order dated October 23, 2006, 2006 WL 3020939. We affirm for the reasons stated in the district court's order.

AFFIRMED.

---

** The Honorable William O. Bertelsman, Senior United States District Judge for the Eastern District of Kentucky, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**Melchor Karl T. LIMPIN, Plaintiff—Appellant,**

v.

**SECRETARY OF NAVY; et al., Defendants—Appellees.**

No. 07–56262.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2008.*

Filed July 23, 2008.

Melchor Karl T. Limpin, San Diego, CA, pro se.

U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Defendants–Appellees.

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

### MEMORANDUM **

A review of the record and the response to this court's January 14, 2008 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

The district court correctly found that appellant was not entitled to equitable toll-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ing of the Federal Tort Claims Act's two year statute of limitations, and thus his claims were untimely. *See* 28 U.S.C. § 2401; *Santa Maria v. Pacific Bell,* 202 F.3d 1170, 1178 (9th Cir.2000) (requiring due diligence to justify equitable tolling). We also agree that there is no private right of action to bring claims under 18 U.S.C. §§ 203(a)(1)(B) or 208(a). *See* 18 U.S.C. § 216 (providing exclusively for criminal penalties, or civil actions brought by the Attorney General, for violations of §§ 203 and 208).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.